Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENERAL CONSTRUCTION COMPANY, A Delaware Corporation,<br>　　　　　　　　　　Plaintiff,<br>　　And<br>CON-FORCE STRUCTURES, Ltd., a foreign corporation<br>　　　　　　　　　　Plaintiff-Intervenor,<br>　　vs.<br>ZURICH AMERICAN INSURANCE COMPANY, a foreign corporation,<br>　　　　　　　　　　Defendant. | No. CV 03-5047 FDB<br>(Consolidated)<br><br>ORDER OF DISMISSAL |
| CON-FORCE STRUCTURES LTD., a Canadian corporation,<br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>GENERAL CONSTRUCTION COMPANY, a Delaware corporation; FIREMAN'S FUND INSURANCE COMPANY, a foreign insurer; and 3A INDUSTRIES, INC., a Washington corporation,<br>　　　　　　　　　　Defendants. | |

ORDER OF DISMISSAL- 1
No. CV 03-5047 FDB

DESKTOP.VPROPOSED ORDER OF DISMISSAL.DOC

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900　　　　TEL 206 292 1994
SEATTLE, WA 98104-4001　　FAX 206 292 1995

| | |
|---|---|
| GENERAL CONSTRUCTION COMPANY, | ) |
| Third-Party Plaintiff | ) ) ) |
| v. | ) ) |
| BERGER/ABAM ENGINEERS, INC., | ) ) |
| Third-Party Defendant. | ) ) |

THIS MATTER came on before this Court on the stipulation by all parties for its dismissal with prejudice and without costs.  Based upon the files and pleadings herein and being fully advised in the premises it is hereby

**ORDERED:**

All claims by the parties in this action are hereby dismissed with prejudice.  Each party shall bear its own costs.

DATED this 17th day of August 2005.

*/s/ Franklin D. Burgess/*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

---

ORDER OF DISMISSAL- 2
No. CV 03-5047 FDB

DESKTOP.VPROPOSED ORDER OF DISMISSAL.DOC

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900         TEL 206 292 1994
SEATTLE, WA 98104-4001    FAX 206 292 1995